# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RONNY S. HOFFMAN, | |
| Plaintiff, | Case No.  2:11-CV-00823-KJD-PAL |
| v. | **ORDER** |
| MADELINE TRACY, *et al*., | |
| Defendants. | |

On April 4, 2012, the Court notified Plaintiff that his action would be dismissed pursuant to Fed. R. Civ. P. 4(m) unless he filed proper proof of service by May 10, 2012.  Plaintiff has failed to file proof of service against any defendant.

Accordingly, **IT IS HEREBY ORDERED** that this action is **DISMISSED**.

**IT IS FURTHER ORDERED** that the Clerk of Court terminate this case.

DATED this 9th day of August 2012.

_____
Kent J. Dawson
United States District Judge